UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Dorcus Withers,           )
    Plaintiff,            )
       Lois Mathes, Dr. Shuttle )
vs. Warden Acevedo, Nurse Miller)    No. 09-1035
    Nurse Balinda            )
    Warden Acevedo Secretary, )
    Defendant(s)          )

FILED
JAN 29 2009
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Dorcus Withers, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Ted Pearson; NAARPR-Chicago Suite 105, 1325 S. Wabash Ave. Chicago, IL 60605

Prairie State Legal Services, INC.; 1614 E. Knox Street Galesburg, IL 61401

3. In further support of my motion, I declare that (check appropriate answer):

✓     I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

_____ I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

__✓__   I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____Darius Withers_____
Movant's Signature

_____P.O. Box 1700_____
Street Address

_____Galesburg, IL 61401_____
City/State/Zip Code

Date: __10-27-08__

10/94

2