```
CONTINENTAL REPORTING SERVICE, INC.
TAX ID: 91-1485168
(206) 624-3377  Fax: (206) 623-7228                    Reprint

Send Billing Inquires to:                Remit Payment to:
500 Union Street, Suite 926              P.O. Box 50245
Seattle, WA  98101                       Bellevue, WA  98015

                                         Invoice No. :    600451
                                         Invoice Date:    2/05/10


ADMIRAL INSURANCE COMPANY
1255 Caldwell Road
Cherry Hill NJ  08034 USA

                             Note: Please mail a copy of invoice
                                   with payment and include the
                                   invoice number from above on
TERMS: DUE UPON RECEIPT            the check.
```

---

RE: DORCUS WITHERS v WEXFORD
No: 09CV1035

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| DORCUS WITHERS | 157332.1 | 1/05/2010 | |
| Delivery | | | 10.00 |
| Transcription, O & 1 | | | 275.40 |
| Per Diem - Reporter Appearance PRISON DEPOSITION | | | 100.00 |
| INVOICE ACTIVITY | 9999999.1 | | |
| 2010-3-15 ADMIRAL 2010-3-15  Re: 10132426 | | | (385.40) |

```
            TOTAL AMOUNT DUE................$        0.00
```

Note: C136570
Reprint processed on: 8/26/2010

Payment is due upon receipt. Invoices not paid in 30 days shall accrue interest at the rate of 1.5% per month. Continental Reporting shall be entitled to recover all costs and expenses incurred in collecting such amounts, including but not limited to reasonable attorneys' fees.